OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Kristina N. Holmstrom, SBN 10086
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 602-778-3724
Facsimile: 702-369-6888

Attorneys for Defendant
GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF GUARDIANSHIP OF THE ESTATE OF: E.V.C. AND A.R.C.<br><br>Petitioners,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA AND ZACHARIAH LAY<br><br>Defendants. | Case No. 2:23-cv-00771-APG-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Petition Filed: November 29, 2021<br>Trial Date:      None Set |

The parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety. The parties hereby stipulate that this action shall be dismissed with Prejudice. Each party shall their own attorneys' fees and costs.

DATED: June 5, 2023

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By: */s/ Kristina N. Holmstrom*
Kristina N. Holmstrom, SBN 10086
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 602-778-3724
Facsimile: 702-369-6888

Attorneys for Defendant
GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

LEGAL AID CENTER OF SOUTHERN NEVADA, INC.

/s/ Kerri J. Maxey
Kerri J. Maxley. SBN 9118
725 E. Charleston Blvd.
Las Vegas, NV 89104
Telephone: 702-386-1558
Facsimile: 702-386-1558

Attorney for Petitioners

**IT IS SO ORDERED:**

Dated this 13th day of June, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
2:23-cv-00771-APG-DJA
Estate of E.V.C. and A.R.C. v. Guardian Life Insurance